CENTER FOR DISABILITY ACCESS
Dennis Price, Esq., SBN 279082
Prathima Price, Esq., SBN 321378
Amanda Seabock, Esq., SBN 289900
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385; (888) 422-5191 fax
AmandaS@potterhandy.com

Attorneys for Plaintiff, ORLANDO GARCIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MUHAMAD AHMAD EDAIS, in individual and representative capacity as trustee of Muhamad Ahmad Edais and Amerah Edais Revocable Trust Dated August 7,2020; AMERAH EDAIS, OR THEIR SUCCESSORS, in individual and representative capacity as trustee of Muhamad Ahmad Edais and Amerah Edais Revocable Trust Dated August 7, 2020 and BIG SAVE MARKET, INC. a California Corporation,<br><br>　　　　Defendants. | Case No.: 3:22-cv-01523-CRB<br><br>**NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL CURRENTLY SET DATES** |

　　The plaintiff hereby notifies the court that a provisional settlement has been reached in the above-captioned case. The Parties would like to avoid any additional expense while they focus efforts on finalizing the terms of the settlement and reducing it to a writing.

　　The plaintiff, therefore, applies to this Honorable Court to vacate all currently set dates with the expectation that the settlement will be consummated within the coming sixty (60) days, allowing for a Joint Stipulation for Dismissal with prejudice as to all parties to be filed.

　　　　　　　　　　　　　　　　　　CENTER FOR DISABILITY ACCESS

Dated: April 22, 2022　　　　　　　By: /s/ Amanda Seabock
　　　　　　　　　　　　　　　　　　　　Amanda Seabock
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff