UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA,<br><br>    Plaintiff,<br><br>v.<br><br>MUHAMAD AHMAD EDAIS, in individual and representative capacity as trustee of Muhamad Ahmad Edais and Amerah Edais Revocable Trust Dated August 7, 2020; AMERAH EDAIS, OR THEIR SUCCESSORS, in individual and representative capacity as trustee of Muhamad Ahmad Edais and Amerah Edais Revocable Trust Dated August 7, 2020 and BIG SAVE MARKET, INC., a California Corporation<br><br>    Defendants. | Case No.: 3:22-cv-01523-CRB<br><br>**ORDER** |

## **ORDER**

The Court hereby vacates all currently set dates, with the expectation that the parties will file a Joint Stipulation for Dismissal within 60 days.

**IT IS SO ORDERED.**

Dated: April 22, 2022

                                             HONORABLE CHARLES R. BREYER
                                             United States District Judge