CENTER FOR DISABILITY ACCESS
Dennis Price, Esq., SBN 279082
Prathima Price, Esq., SBN 321378
Amanda Seabock, Esq., SBN 289900
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385; (888) 422-5191 fax
AmandaS@potterhandy.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA,<br><br>   Plaintiff,<br><br>   v.<br><br>MUHAMAD AHMAD EDAIS, in individual and representative capacity as trustee of Muhamad Ahmad Edais and Amerah Edais Revocable Trust Dated August 7,2020; AMERAH EDAIS, OR THEIR SUCCESSORS, in individual and representative capacity as trustee of Muhamad Ahmad Edais and Amerah Edais Revocable Trust Dated August 7, 2020 and BIG SAVE MARKET, INC., a California Corporation<br><br>   Defendants. | **Case:** 3:22-cv-01523-CRB<br><br>**Plaintiff's Notice of Voluntary Dismissal With Prejudice**<br><br>**Fed. R. Civ. P. 41(a)(1)(A)(i)** |

**PLEASE TAKE NOTICE** that Plaintiff Orlando Garcia, hereby voluntarily dismisses the above captioned action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Defendants MUHAMAD AHMAD EDAIS, in individual and representative capacity as trustee of Muhamad Ahmad Edais and Amerah Edais Revocable Trust Dated August 7,2020; AMERAH EDAIS, OR THEIR SUCCESSORS, in individual and representative capacity as trustee of Muhamad Ahmad Edais and Amerah Edais Revocable Trust Dated August 7, 2020, and BIG SAVE MARKET, INC., a California Corporation has neither answered Plaintiff's Complaint, nor filed a motion for

summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Dated: August 25, 2022,			CENTER FOR DISABILITY ACCESS


				By: <u>/s/ Amanda Seabock</u>
					Amanda Seabock
					Attorneys for Plaintiff